# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

HENRY FROMETA GONZALEZ,

    Plaintiff,

v.

DISTRICT ATTORNEY,

    Defendant.

Case No. 2:10-CV-01447-KJD-PAL

**ORDER**

Before the Court is the Plaintiff's Motion to Request Free Copies (#17).

Plaintiff's §1983 claim was dismissed by this Court *sua sponte* for failure to state a claim (#2). The Court did not hear any argument on the case. Plaintiff requests "a transcript of all records for purpose of a writ of certiorai." The docket shows that this case is closed and the judgment of the Court has been affirmed by the Ninth Circuit Court of Appeals (#16). Accordingly, Plaintiff's request for free copies of transcripts or court records is inappropriate and is denied.

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Request Free Copies (#17) is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall send a copy of the docket in this matter to Plaintiff.

DATED this 9th day of December 2011.

_____
Kent J. Dawson
United States District Judge